**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
CAROLINE ROBINSON,             )
                               )
        Plaintiff,             )
                               )
        v.                     ) Civil Action No. 09-2294 (EGS)
                               )
DISTRICT OF COLUMBIA, et al., )
                               )
        Defendants.            )
_____)
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [4] defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment is **GRANTED** with respect to Plaintiff's Fourteenth Amendment claims; and it is

**FURTHER ORDERED** that [4] defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment is in all other respects **DENIED**; and it is

**FURTHER ORDERED** that [12] defendants' Motion to Strike is **DENIED** as moot; and it is

**FURTHER ORDERED** that defendants answer the complaint by no later than September 30, 2010.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**September 14, 2010**